UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CR-20159-MARTINEZ

UNITED STATES OF AMERICA

vs.

EDUARDO NAVARRO, *et al.*,

Defendants.
_____/

**ACKNOWLEDGEMENT OF PROTECTIVE ORDER**

I acknowledge that I have been given access to documents subject to the Protective Order in connection with *United States v. Eduardo Navarro, et al.* I understand that my access to those documents is subject to the terms of the Protective order dated 4/6. I understand that I must comply with the following terms of that Order, subject to punishment for contempt of court:

(a) I may grant access to material subject to the Protective Order only to those individuals who are authorized under the Protective Order to review the confidential material and who have executed this agreement.

(b) I must not release, publish, disclose, or use material subject to the Protective Order for any purpose other than preparing for or testifying at a proceeding in this criminal prosecution.

_____
NAME